

# Fourth Court of Appeals
## San Antonio, Texas

## MEMORANDUM OPINION

No. 04-25-00181-CV

**LDL PROPERTIES, LLC**,
Appellant

v.

**CITY OF SAN ANTONIO** and San Antonio Water System,
Appellees

From the 131st Judicial District Court, Bexar County, Texas
Trial Court No. 2024CI12303
Honorable Norma Gonzales, Judge Presiding

PER CURIAM

Sitting:      Adrian A. Spears II, Justice
                H. Todd McCray, Justice
                Velia J. Meza, Justice

Delivered and Filed: May 14, 2025

DISMISSED FOR WANT OF PROSECUTION

On April 1, 2025, the trial court clerk filed a notification of late clerk's record, stating that the appellant had failed to pay or make arrangements to pay the fee for preparing the clerk's record. On April 2, 2025, we ordered appellant to provide written proof to this court by April 17, 2025, that either (1) the clerk's fee had been paid or arrangements had been made to pay the clerk's fee for preparing the clerk's record; or (2) appellant was entitled to appeal without paying the clerk's fee. Appellant has not responded to our order. Therefore, this appeal is dismissed for want of prosecution. *See* TEX. R. APP. P. 37.3(b) (allowing dismissal of appeal for want of prosecution if

clerk's record is not filed due to appellant's fault); *see also* TEX. R. APP. P. 42.3(c) (allowing dismissal of appeal if appellant fails to comply with an order of this court). Costs of appeal are taxed against appellant. *See* TEX. R. APP. P. 43.4.

PER CURIAM